AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JOHNATHAN TATE,

      Plaintiff,              JUDGMENT IN A CIVIL CASE
V.

                                 CASE NUMBER: **3:08-cv-00646-BES-VPC**

JOHN DOE,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.


  July 7, 2009                                                              **LANCE S. WILSON**
                                                                                   Clerk

                                                                           /s/ P. McDonald
                                                                             Deputy Clerk